STATE of Missouri, Respondent,

v.

Paul TATE, Appellant.

No. WD 34237.

Missouri Court of Appeals,
Western District.

May 9, 1984.

Charles J. Fain, Jefferson City, for appellant.

John Ashcroft, Atty. Gen. and Janet E. Papageorge, Asst. Atty. Gen., Jefferson City, for respondent.

Before SOMERVILLE, P.J., and CLARK and BERREY, JJ.

ORDER

PER CURIAM:

Appeal from conviction of second degree burglary, § 569.170, RSMo 1978 and stealing, § 570.030, RSMo Supp.1983 and respective sentences of four and five years imprisonment, to be served concurrently.

Judgment affirmed.

Rule 30.25(b).